# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BREEONNA WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANAGEMENT & TRAINING ) <br> CORPORATION d.b.a ST. LOUIS ) <br> JOB CORPS CENTER, et al, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:23-cv-00125 -SEP |

## PROPOSED JOINT SCHEDULING PLAN

Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), Local Rules 5.01-5.04, and this Court's December 12, 2023 Order, counsel for Plaintiff and Defendants conferred on January 03, 2024 and prepared the following Proposed Joint Scheduling Plan:

(a) The Track 2 (Standard) Track Assignment is appropriate.

(b) The parties propose that a deadline of **January 31, 2024**, be set for joinder of additional parties or amendment of pleadings.

(c) The discovery plan:

(i) The parties agree that, at this time, there are no disputes relating to the form or forms in which electronically stored information should be produced. Electronically stored information will be produced in hard copy or PDF. To the extent a party seeks specific information in electronic "native" format, the parties will address this issue at the time the request is made.

(ii) Privileged documents unintentionally disclosed will maintain their privilege unless expressly authorized by the individual or entity that controls the privilege, and the receiving

party will be obligated to notify the disclosing party and either return or destroy the privileged documents, including all copies.

 (iii) The parties will disclose information and exchange documents pursuant to Fed. R. Civ. P. 26(a)(1) by **February 06, 2024**.

 (iv) Discovery need not be conducted in phases or limited to certain issues.

 (v) Plaintiff shall disclose the identity of his expert witnesses, if any, and provide reports no later than **March 29, 2024,** and Plaintiff's expert witnesses will be made available for depositions no later than **April 30, 2024**. Defendant shall disclose the identity of each of its expert witnesses, if any, and provide reports no later than **May 31, 2024**, and Defendant's expert witnesses will be made available for depositions no later than **July 5, 2024.**

 (vi) The presumptive limits of ten (10) depositions per side as set forth in Fed. R. Civ. P. 30(a)(2)(A) and twenty-five (25) interrogatories per party as set forth in Fed. R. Civ. P. 33(a) should apply in this case.

 (vii) It is not known whether any physical or mental examinations of the parties will be requested pursuant to Fed. R. Civ. P. 35. If such a request is made, said request will be made by **April 30, 2024** and the examination will be completed by **May 31, 2024**.

 (viii) Discovery will be completed no later than **September 30, 2024**.

 (ix) At this time, the parties do not anticipate any other matters pertinent to the completion of discovery in this case.

(d) The parties do not believe ADR will be productive before some discovery has been conducted. The parties believe the earliest this case should be referred to alternative dispute resolution is on **April 30, 2024**, and that reference should terminate on **July 5, 2024**.

(e) The parties agree that all dispositive motions or any motions to limit or exclude expert testimony shall be filed no later than **October 30, 2024**, with opposition briefs due within twenty-one (21) days of filing, and with any reply brief due within fourteen (14) days of the filing of the opposition brief.

(f) The earliest date by which this case can reasonably be expected to be ready for trial is **January 31, 2025**.

(g) The estimated length of time to try the case to verdict is **3-4 days**.

(h) At this time, the parties do not anticipate any other matters that need to be included in the Joint Scheduling Plan.

Dated: January 03, 2024

Respectfully Submitted:

**NDONWI LAW, LLC**

BY: */s/ Matthew Ndonwi*
Matthew Ndonwi, Ph.D, J.D. #70273MO
4021 Laclede Ave, #56578
St. Louis, MO 63156
Telephone: (314) 762-0110
E-mail: mndonwi@ndonwilaw.com
*Attorney for Plaintiff*

**By Consent:**

**DANNA MCKITRICK, P.C.**

BY: */s/ Katherine M. Flett*
Katherine M. Flett, #68183MO
7701 Forsyth Blvd., Suite 1200
St. Louis, MO 63105-3907
(314) 726-1000/(314) 725-6592 fax
E-mail: kflett@dmfirm.com
*Attorneys for Defendant Serrato Corporation*

**By Consent:**

**JACKSON LEWIS P.C.**

BY: */s/ Jessica L. Liss*
Jessica L. Liss, #51331MO
Andrew D. Kinghorn, #66006MO
1 N. Brentwood Blvd., Ste. 1150
St. Louis, MO 63105
Phone: (314) 827-3939
Fax: (314) 827-3940
E-mail: jessica.liss@jacksonlewis.com
E-mail: andrew.kinghorn@jacksonlewis.com
*Attorneys for Defendant Management & Training Corporation d/b/a St. Louis Job Corps Center.*